JOHN S. GARRISON, PLAINTIFF IN ERROR, v. ELIZABETH SECKENDORFF (KNOWN AS COUNTESS SECKENDORFF, &c.), DEFENDANT IN ERROR.

Argued June 30, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported in 50 *Vroom* 203.

For the plaintiff in error, *James & Malcolm G. Buchanan.*

For the trustee in bankruptcy of defendant in error, *Maximilian T. Rosenberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, BERGEN, VOORHEES, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON, JJ.   10.

*For reversal*—None.